IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| INTERMET CORPORATION, et al.,[1] ) | Case No. 08-11859 (KG) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

NOTICE OF WITHDRAWAL REGARDING DOCKET ITEM 448

PLEASE TAKE NOTICE that Official Committee of Unsecured Creditors (the "Official Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby withdraw the **Application For Order Authorizing Employment Of Chanin Capital Partners As Financial Advisors For The Official Committee Of Unsecured Creditors Of Intermet Corporation** *Nunc Pro Tunc* **To August 22, 2008** (D.I. 448) filed with the Court on September 29, 2008.

Dated: September 29, 2008
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

Robert J. Dehney (No. 3578)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Fax: (302) 658-3989
-and-

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Alexander City Casting Company, Inc. (6801); Cast-Matic, LLC (2573); Columbus Foundry, L.P. (5182); Diversified Diemakers, LLC (3911); Ferrous Metals Group, LLC (7491); Ganton Technologies, LLC (1176); Intermet Corporation (3873); Intermet Holding Company (1777); Intermet Illinois, Inc. (0275); Intermet International, Inc. (1123); Intermet U.S. Holding, Inc. (5089); Ironton Iron, Inc. (7407); Light Metals Group, LLC (7488); Lynchburg Foundry, LLC (1755); Northern Castings, LLC (3693); SUDM, Inc. (5067); Tool Products, LLC (2203); Wagner Castings Company (5929); Wagner Havana, Inc. (3015); and Western Capital Corporation (1694). The Debtors' headquarters is located at 301 Commerce Street, Ste. 2901, Fort Worth, Texas 76102.

**WINSTON & STRAWN LLP**
Eric E. Sagerman
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Keith A. McDaniels
101 California Street
San Francisco, California 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Carey D. Schreiber
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Proposed Co-Counsel for Official
Committee of Unsecured Creditors*