IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTERMET CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11859 (KG)<br>(Jointly Administered |

## NOTICE OF TERMINATION OF THE LENDER
## LIQUIDATING TRUST EFFECTIVE MARCH 31, 2017

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1.    On July 14, 2009, the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") entered an order [Docket No. 1221] (the "Confirmation Order") confirming the *Joint Chapter 11 Plan of Intermet Corporation and Its Affiliated Debtors and Debtors In Possession, Dated June 16, 2009* [Docket No. 1264] (as clarified, amended, supplemented, or otherwise modified from time to time, the "Plan").

      2.    On September 2, 2009, in accordance with Article (C)(1)(a) of the Plan and Paragraph 12 of the Confirmation Order, the Intermet Lender Liquidating Trust DST (the "Lender Liquidating Trust") for the estates of Intermet Corporation and its affiliates and subsidiaries was established pursuant to a certain liquidation trust agreement (the "Lender Liquidating Trust Agreement") executed by the Debtor and Huron Consulting Group, through its operating affiliate Huron Consulting Services, LLC (the "Lender Liquidating Trustee").

      3.    By Order of Court dated January 9, 2017, the term of the Lender Liquidating Trust was extended to June 30, 2017 [Docket No. 2211].

      4.    Article 9 of the Lender Liquidating Trust Agreement provides, *inter alia*, for the termination of the Lender Liquidating Trust by the Lender Liquidating Trustee upon completion of the tasks charged to the Lender Liquidating Trustee under the Lender Liquidating Trust Agreement, the Plan, and other relevant documents. The Lender Liquidating Trustee has taken all necessary steps to effectuate the Plan and the Lender Liquidating Trust Agreement. Consistent with the terms of the Plan, the Lender Liquidating Trust Agreement, and the

---

[1] The debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Alexander City Casting Company, Inc. (6801); Cast-Matic, LLC (2573); Columbus Foundry, L.P. (5182); Diversified Diemakers, LLC (3911); Ferrous Metals Group, LLC (7491); Ganton Technologies, LLC (1176); Intermet Corporation (3873); Intermet Holding Company (1777); Intermet Illinois, Inc. (0275); Intermet International, Inc. (1123); Intermet U.S. Holding, Inc. (5089); Ironton Iron, Inc. (7407); Light Metals Group, LLC (7488); Lynchburg Foundry, LLC (1755); Northern Castings, LLC (3693); SUDM, Inc. (5067); Tool Products, LLC (2203); Wagner Castings Company (5929); Wagner Havana, Inc. (3015); and Western Capital Corporation (1694). The debtors' headquarters are located C/O Huron Consulting Services, LLC, 900 Wilshire, Suite 270, Troy, Michigan 48084.

Confirmation Order, the Lender Liquidating Trust has been administered and the assets of the Lender Liquidating Trust have been liquidated. All liabilities of the Lender Liquidating Trust have been discharged, and all required payments and final distributions to the Lender Liquidating Trust Beneficiaries have been made or will be made by March 31, 2017. The Lender Liquidating Trustee has filed a motion on the date hereof seeking the entry of a final decree closing the above-captioned chapter 11 cases. Accordingly, the Lender Liquidating Trustee files this Notice of Termination of the Lender Liquidating Trust effective March 31, 2017. The Lender Liquidating Trustee's duties have been fully performed and the Lender Liquidating Trustee has no further duties or obligations under the Lender Liquidating Trust Agreement.

Dated: March 10, 2017

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
          joneill@pszjlaw.com

and

**MCGUIREWOODS LLP**
Mark E. Freedlander (PA Bar No. 70593)
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
Telephone: (412) 667-6000
Facsimile:  (412) 667-6050
Email: mfreedlander@mcguirewoods.com

*Counsel to the Huron Consulting Group, through its affiliate Huron Consulting Services, LLC, and acting as the liquidating trustee of the Intermet Lender Liquidating Trust DST*